UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
MIGUEL ANGEL ROMERO,

                Plaintiff,

      -against-                                **VERIFIED COMPLAINT**

UNITED STATES OF AMERICA,

                Defendant.
--------------------------------------------------------------------x

        Plaintiff, by his attorney, DAVID HOROWITZ, P.C., upon information and belief, for his Complaint, alleges:

Jurisdiction

1.     This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671 2672-2680 and 1346(b).

2.     On or about November 23, 2020, plaintiff submitted and defendant received, an Administrative Claim for the claim set forth below with defendant United States of America.

3.     On or about May 24, 2021, after the expiration of a six-month period from the date of receipt of said administrative claim, defendant United States of America failed to settle, approve, or deny said Administrative Claim.

4.     By letter dated July 23, 2021, defendant United States of America acknowledged receipt of plaintiff's claim and denied same.

5.     Less than six months have elapsed since the denial of the plaintiff's claim, and all conditions precedent have been satisfied for commencing a cause of action pursuant to the Federal Tort Claims Act.   Plaintiff's action is timely.

6.     Venue is proper within this District under 28 U.S.C. §1302(b), as all the acts

-1-

complained of occurred in the Southern District of New York within the Metropolitan Detention Center located at 150 Park Row, New York, New York 10007.

Parties

7.      Plaintiff is a resident of the State of New York, County of Westchester.

8.      The United States of America is an appropriate defendant under the Federal Tort Claims Act, pursuant U.S.C. §1346(b)1 and §2671-2680.

Facts

9.      That on and prior to December 2, 2020, plaintiff was an inmate under the care, custody and control of the Federal Bureau of Prisons at the Metropolitan Correctional Center, located at 150 Park Row, New York, New York 10007.

10.     On December 2, 2020, at approximately 10:45 A.M., plaintiff sustained a fracture of the middle finger of his left dominant hand, as well as a subungual hematoma when Correction Officer Lopez closed and or permitted to close the heavy main door of 11 North on plaintiff's hand at the Metropolitan Correctional Center at 150 Park Row, New York, New York.

11.     On December 2, 2020, plaintiff was taken to Brookdale Hospital where X-rays revealed the fracture and blood was withdrawn from the nail.

12.     That as a result of defendant's negligence, the plaintiff sustained permanent injuries to his left hand and middle finger.

13.     That as the result of the foregoing, defendant United States of America, by its officers, agents, servants and/or employees at the Federal Bureau of Prisons within the Metropolitan Correctional Center, were negligent in the ownership, operation, control, supervision and management of the prison facility, its officers, and inmates. Defendant's officer and employees

- 2 -

were negligent in failing to look; in failing to see; in failing to properly supervise the transport of inmates; in failing to inspect; in closing the door on plaintiff's hand; in failing to provide for the security of those under its aegis; in failing to inspect the main door; in failing to have alarms on the door; in improperly slamming the door on the plaintiff's hand; in failing to see whether plaintiff clear the door before closing same; in failing to hold the door open for the plaintiff; in failing to repair the door and its components; in making improper repairs to the door and its components; in failing to have a safety check on the door; in failing to have an operating door alarm to warn; in failing to warn plaintiff; in failing to properly supervise the officers and inmates; in failing to properly supervise and train its officers on transporting inmates; in failing to properly supervise and train officers in opening and closing the heavy prison doors; in failing to properly supervise and train officers on handling the controls of the prison doors; in failing to have sufficient personnel; in failing to have competent officers and employees; and in failing to avoid the incident although there was an opportunity to do so and all of which led to plaintiff's injury.

14.     That as a result of the foregoing negligence of the defendant and its officers, agents, servants and or employees, plaintiff sustained severe personal injuries, both permanent and temporary, has and will suffer continuing injuries, mental anguish and pain and suffering, in the sum of One Million ($1,000,000.00) Dollars.

15.     That under the Federal Torts Act, defendant United States of America is liable for the above-described acts of its officers, employees, agents, servants and/or assigns that acted while on duty and within the scope of their employment within the Federal Bureau of Prisons at the Metropolitan Correctional Center.

WHEREFORE, plaintiff requests this Court award plaintiff compensatory damages as

against defendant, as well as costs, disbursements and attorney's fees incurred in this action, and

such other further relief as it deems just and proper.

Dated:   New York, New York
            August 13, 2021

Respectfully submitted,
DAVID HOROWITZ, P.C.

By:_____
  Steven Horowitz (1352)
  Attorneys for Plaintiff
   171 Madison Avenue, 1300
New York, New York l0016
  (2l2) 684-3630